UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

THE ANNUITY, WELFARE AND
APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS OF
THE INTERNATIONAL UNION OF
OPERATING ENGINEERS LOCAL 15, 15A,
15C & 15D, AFL-CIO, CENTRAL PENSION
FUND OF THE INTERNATIONAL UNION
OF OPERATING ENGINEERS and
INTERNATIONAL UNION OF
OPERATING ENGINEERS LOCAL 15, 15A,
15C & 15D, AFL-CIO,
    Plaintiffs,

v.

E.C.C.O. III ENTERPRISES, INC.,
    Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 4919 (VB)



   On June 3, 2021, plaintiffs the Annuity, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 15, 15A, 15C & 15D, AFL-CIO, Central Pension Fund of the International Union of Operating Engineers, and International Union of Operating Engineers Local 15, 15A, 15C & 15D, AFL-CIO commenced the instant action against defendant E.C.C.O. III Enterprises, Inc. (Doc. #1).

   On June 24, 2021, plaintiffs docketed proof of service indicating service on defendant on June 22, 2021. (Doc. #6). Accordingly, defendant had until July 13, 2021, to respond to the complaint. (Id.).

   To date, defendant has not answered, moved, or otherwise responded to the complaint.

   Accordingly, provided that defendant remains in default, plaintiffs are ORDERED to seek a certificate of default as to defendant by August 2, 2021, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendant by August 16, 2021. **If plaintiffs fail to satisfy either deadline, the Court may dismiss the case as to defendant without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: July 26, 2021
   White Plains, NY

                SO ORDERED:

                Vincent L. Briccetti
                United States District Judge