UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X
THE ANNUITY, WELFARE AND APPRENTICESHIP
SKILL IMPROVEMENT & SAFETY FUNDS OF THE
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 15, 15A, 15C & 15D, AFL-CIO, BY THEIR
TRUSTEES JAMES T. CALLAHAN, THOMAS A.
CALLAHAN, MICHAEL SALGO and WILLIAM TYSON,
CENTRAL PENSION FUND OF THE INTERNATIONAL
UNION OF OPERATING ENGINEERS, BY ITS CHIEF
EXECUTIVE OFFICER MICHAEL A. CRABTREE,
and INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 15, 15A, 15C & 15D, AFL-CIO BY ITS PRESIDENT &
BUSINESS MANAGER THOMAS A. CALLAHAN,

~~PROPOSED~~ ORDER OF
VOLUNTARY DISMISSAL

21-CIV-4919 (VB) (PED)



                                       Plaintiffs,

        -against-

E.C.C.O. III ENTERPRISES, INC.,

                                       Defendant.
————————————————————————X

    Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs THE ANNUITY, WELFARE AND
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL
UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO, CENTRAL PENSION
FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, INTERNATIONAL
UNION OF OPERATING ENGINEERS NATIONAL TRAINING FUND and INTERNATIONAL
UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO, by their counsel,
BRADY McGUIRE & STEINBERG, P.C., hereby give notice that the above-captioned matter is
voluntarily dismissed with prejudice against Defendant E.C.C.O. III ENTERPRISES, INC.

Dated:  Tarrytown, New York
        July 28, 2021

                                        Respectfully submitted,

                                        BRADY McGUIRE & STEINBERG, P.C.

                                        /s/ James M. Steinberg
                                        _____
                                By:     James M. Steinberg, Esq.
                                        Attorneys for Plaintiffs
                                        303 South Broadway, Suite 234
                                        Tarrytown, New York 10591
                                        (914) 478-4293
                                        james@bradymcguiresteinberg.com

To:     E.C.C.O. III Enterprises, Inc.
        201 Saw Mill River Road
        Yonkers, New York 10701
        Attn: Ms. Laura A. Caliendo

SO ORDERED:

_____  7/28/21
The Honorable Vincent L. Briccetti
United States District Judge